IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

F.M., S.J., A.M., M.L., M.M.,
M.S., M.A., L.R., and M.O.,

    Plaintiffs,

vs.                                                Civ. No. 13-264 ACT/RHS

DR. MARK WALDEN, JOHN/JANE DOE
(medical staff), in their individual and official
capacities, JOHN/JANE DOE (corrections
officers), in their individual and official
capacities, THE GEO GROUP, INC. and
CORIZON INC., WARDEN TIMOTHY B. HATCH,
in his individual and official capacities, and
WARDEN ERASMO BRAVO, in his individual
and official capacities,

    Defendants.

    and

R.J., R.R., B.R., S.D., J.L.C., J.C.,
H.M., J.K., R.G., J.M. and M.Q.,

    Plaintiffs,

vs.                                                Civ. No. 13-265 ACT/LFG

THE GEO GROUP, INC., CORIZON, INC.,
MARK ELLIOT WALDEN, M.D.,
WARDEN ERASMO BRAVO, WARDEN
TIMOTHY B. HATCH, SHERRY PHILLIPS and
JANE DOE HEALTH SERVICES ADMINISTRATOR,

    Defendants.

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE**

    **THIS MATTER** comes before the Court on the *Joint Motion to Consolidate Case No.*

*1:13cv00265 - ACT/LFG  Into Case No. 1:13cv00264 - ACT/RHS  for Purposes of Discovery*

*and To Vacate Initial Scheduling Order in Case No. 1:13cv265 - ACT/LFG ,* filed on April 15, 2013, in USDC Civ. No. 13-265 [Doc. No. 24] and in USDC Civ. No. 13-264 [Doc. No. 20]. The Court being fully advised in the premises FINDS that the Joint Motion is well taken and it will be GRANTED.

**IT IS THEREFORE ORDERED** that the Joint Motion to Consolidate for Purposes of Discovery in USDC Civ. No. 13-265 ACT/LFG and USDC Civ. No. 13-264 ACT/RHS is GRANTED, and the parties are instructed to make all filings for the purposes of discovery under USDC Civ. No. 13-264 ACT/RHS;

**IT IS FURTHER ORDERED** that the Honorable Robert H. Scott will oversee discovery in both matters; and

**IT IS FURTHER ORDERED** that the Initial Scheduling Conference scheduled in USDC Civ. No. 13-265 on May 13, 2013, before the Honorable Lorenzo F. Garcia will be vacated.

_____
**ALAN C. TORGERSON**
**United States Magistrate Judge,**
**Presiding by Consent**